FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants, Station Casinos LLC,
FP Holdings, L.P. and Red Rock Resorts, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA FESKO,<br>　　　　　Plaintiff,<br>　vs.<br>STATION CASINOS LLC, a Nevada Limited Liability Company; FP HOLDINGS, LP, a Nevada Limited Partnership dba PALMS CASINO RESORT; and RED ROCK RESORTS, Inc. a Delaware corporation,<br>　　　　　Defendants. | Case No:  2:20-cv-02243-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　　In response to the Court's Minute Order dated August 17, 2023 (ECF No. 14), it is hereby stipulated and agreed by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.  The parties apologize to the Court for overlooking the Joint Status

- 1 -

FP 48005167.1

1  Report deadline.

2  LAW OFFICES OF MICHAEL P. BALBAN    FISHER & PHILLIPS LLP

3  By:      /s/ Michael P. Balaban, Esq.         By:  /s/  Scott M. Mahoney, Esq.
    1076 Del Rudini Street                             300 South Fourth St. #1500
4     Las Vegas, NV 89141                              Las Vegas, Nevada 89101
5     Attorney for Plaintiff                                Attorneys for Defendant

6  IT IS SO ORDERED:

7  _____
8  UNITED STATES DISTRICT JUDGE

9  Dated: August 28, 2023

- 2 -

FP 48005167.1